

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Appellee's brief was due on April 16, 2014. On April 14, 2014, Appellant filed a notice of bankruptcy, which results in a stay of appellate proceedings. *See* TEX. APP. P. 8.2 ("A bankruptcy suspends the appeal and all periods in these rules from the date when the bankruptcy petition is filed until the appellate court reinstates or severs the appeal in accordance with federal law."). On April 28, 2014, Appellant filed a motion to reinstate the appeal, and on April 29, 2014, Appellant filed an amended motion to reinstate. Attached to the motion is an order by the bankruptcy court that allows this appellate proceeding to proceed. We GRANT the motion and REINSTATE this appeal. Appellee's brief is due **May 27, 2014**.

Appellant has also filed a motion to consolidate this appeal with Appeal No. 04-14-00258-CV. Appellant's motion to consolidate is DENIED.

Further, on April 28, 2014, Appellant filed a motion to stay the trial court proceedings and an amended motion to stay the trial court proceedings. Appellant's motion to stay is DENIED.

_____
Karen Angelini, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court